IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| PRODUCE ALLIANCE, L.L.C., et al. | Case No.: 1:11-cv-00243-BLW |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR SECOND INTERIM DISTRIBUTION** |
| SHEPPARD PRODUCE, INC. D/B/A S&G PRODUCE COMPANY, et al. | |
| Defendants. | |

Having considered the Motion for Second Interim Distribution, and finding no objection thereto, and finding good cause to grant the motion,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion for Second Interim Distribution (docket no. 260) is hereby GRANTED;

IT IS FURTHER ORDERED, that upon entry of this Order, counsel for Defendants, Brent Robinson, Esq., shall make the Second Interim Distribution to each qualified PACA Claimant from the funds held in the Escrow Account in accordance with the Second PACA Trust Chart. Distribution checks shall be made payable to the law firm representing each claimant or to the claimant directly, if *pro se*, as follows:

| Payee | Address | Amount Payable |
|---|---|---|
| **Baker Manock & Jenson, PC**<br><br>*On behalf of:*<br>*Dubacano Export Import, Inc* | Peter Gerard Fashing, Esq.<br>Baker Manock & Jensen, PC<br>5260 N Palm Avenue<br>Suite 421<br>Fresno, CA 93704 | $1,763.35 |
| **Martyn & Associates**<br><br>*On behalf of:*<br>Del Monte Fresh Produce N.A., Ir<br>Nonpareil Corp. d/b/a/ Idaho Pota<br>of Idaho, Inc.<br>C.H. Robinson Worldwide, Inc. | Ryan M. Gembala, Esq.<br>Martyn and Associates<br>820 Superior Avenue NW<br>Tenth Floor<br>Cleveland, OH 44113 | $17,370.37 |

| | | |
|---|---|---|
| **McCarron & Diess**<br><br>*On behalf of:*<br>  Andrew & Williamson Sales Co,. Inc.<br>  Produce Alliance, LLC | Kate Ellis, Esq.<br>McCarron & Diess<br>4530 Wisconsin Ave., NW<br>Suite 301<br>Washington, DC 20016 | **$174,922.58** |
| **Meuers Law Firm, P.L.**<br><br>*On behalf of:*<br>  Kingston & Associates Marketing, LLC<br>  Monterey Mushrooms, Inc. | Katy Koestner Esquivel, Esq.<br>Meuers Law Firm PL<br>5395 Park Central Ct<br>Naples, FL 34109-5932 | **$1,590.73** |
| **Twitchell and Rice, LLP**<br><br>*On behalf of:*<br>  Sun Berry Sales, Inc. | Vincent T. Martinez, Esq.<br>Twitchell and Rice, LLP<br>215 North Lincoln Street<br>PO Box 520<br>Santa Maria, CA 93456-0520 | **$8,301.27** |
| **Rynn & Janowsky**<br><br>*On behalf of:*<br>  AG Grower Sales, LLC<br>  Continental Sales Company<br>  Meyer, LLC<br>  Taylor Farms California, Inc. | Priscilla W Grannis, Esq.<br>Rynn and Janowsky, LLP<br>6017 Pine Ridge Road, Suite 341<br>Naples, FL 34119 | **$30,222.76** |
| **Stoel Rives, LLP**<br><br>*On behalf of:*<br>Froerer Farms, Inc. | Nicole C Hancock, Esq.<br>Stoel Rives LLP<br>101 S Capitol Blvd<br>Suite 1900 | **$4,319.93** |

|  | Boise, ID 83702 |  |
|---|---|---|
| **Symms Fruit Ranch** | G.Dar Symms, II, Esq.<br>Symms Fruit Ranch<br>14068 Sunny Slope Rd<br>Caldwell, ID 83607 | $4,175.18 |
| **J&J Produce, Inc.** | J & J Produce Inc<br>4003 Seminole Pratt Whitney Rd<br>Loxahatchee, FL 33470 | $208.47 |



DATED: October 22, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court